DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MARVIN SAENZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 09-187 JAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING |
| | ) DATE, CONTINUING CASE, AND |
| MARVIN SAENZ | ) EXCLUDING TIME |
| Defendant. | ) |
| | ) Date:  JUNE 8, 2010 |
| _____ | ) Time:  9:30 a.m. |
| | ) Judge: Honorable Judge Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARVIN SAENZ, that the status conference scheduled for April 13, 2010, be vacated and the matter be continued to this Court's criminal calendar on June 8, 2010, at 9:30 a.m, for possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 8, 2010 date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: April 7, 2010            /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                MARVIN SAENZ

Dated: April 7, 2010            /S/ Mary Grad
                                MARY GRAD
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 8, 2010            /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Judge

Stipulation and Order            2