DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MARVIN SAENZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09cr187 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | SCHEDULE FOR DISCLOSURE OF PSR |
| | ) | REPORT AND FOR FILING OF |
| MARVIN SAENZ, | ) | OBJECTIONS TO THE PSR |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Mary Grad, Counsel for Plaintiff, and Attorney Dina L. Santos,

Counsel for Defendant MARVIN SAENZ, hereby submit this stipulation and

proposed order regarding the schedule for disclosure of the Pre-

sentence Report and for filing of objections to the Pre-sentence

report.  The parties stipulate to the following schedule:

Judgement and Sentencing:    November 2, 2010 at 9:30 a.m.

Motion to Correct the PSR:    October 19, 2010

PSR filed with Court:    October 12, 2010

Defense Written objections:    October 5, 2010

PSR to defense Counsel:    September 21,2010

The Court is advised that all counsel conferred about this request, that probation has requested the November 2, 2010 date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: August 20, 2010          /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                MARVIN SAENZ


Dated: August 20, 2010          /s/ Mary Grad
                                MARY GRAD
                                Assistant United States Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

          By the Court,


Dated: August 23, 2010          /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Judge

Stipulation and Order          2