DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MARVIN SAENZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:09-187 JAM |
| Plaintiff,     ) | |
| v.                     ) | STIPULATION AND ORDER RESETTING SCHEDULE FOR DISCLOSURE OF PSR REPORT AND FOR FILING OF OBJECTIONS TO THE PSR |
| MARVIN SAENZ,                     ) | |
| Defendant.    ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant MARVIN SAENZ, hereby submit this stipulation and proposed order regarding the schedule for disclosure of the Pre-sentence Report and for filing of objections to the Pre-sentence report.  The parties stipulate to the following schedule:

    Judgement and Sentencing:     November 16, 2010 at 9:30 a.m.

    Motion to Correct the PSR:    November 2, 2010

    PSR filed with Court:         October 26, 2010

    Defense Written objections:   October 19, 2010

The Court is advised that all counsel conferred about this request, that probation has been advised of the November 16, 2010 date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

```
Dated: October 14, 2010        /s/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   MARVIN SAENZ



Dated: October 14, 2010        /s/ Mary Grad
                                   MARY GRAD
                                   Assistant United States Attorney
                                   Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

```
Dated: October 14, 2010        /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Judge
```

Stipulation and Order                    2